```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                           AUG 2 0 2015

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>_THOMAS WRISTON DIAGRE,<br>Defendant. | Case No. 2:15-mj-01552<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>[F.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
|---|---|

    The defendant having been arrested in this district pursuant to a no bail warrant issued by the United States District Court for the Southern District of California for alleged violation of the terms and conditions of her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), at which time Defendant submitted to detention,

    The Court finds that:

    A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

1  - his submission to detention and consequent failure to proffer any evidence
2  to meet his burden on this issue; and
3      B. (X) The defendant has not met his/her burden of establishing by clear and
4  convincing evidence that he/she is not likely to pose a danger to the safety of any
5  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
6  finding is based on the following:
7      - his submission to detention and consequent failure to proffer any evidence
8  to meet his burden on this issue;
9      - criminal history;
10     - the present allegations including allegation of knowing possession of a
11 firearm.
12     IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.
14
15 DATED: August 20, 2015.

GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE